STATE OF NORTH CAROLINA EX REL ROBERT RAY HUNSUCKER, LLOYD HICKS, AND ELBERT HAYWOOD, ELECTORS, RELATORS v. SAM G. SMITHERMAN.

(Filed 14 January, 1960.)

APPEAL by plaintiffs from *Phillips, J.,* at May Term, 1959, of MONTGOMERY.

Civil action in the nature of *quo warranto* to determine right of Elwood C. Long to the office of Sheriff of Montgomery County, leave having been granted pursuant to provisions of G.S. 1-516 by the Attorney General for North Carolina to plaintiffs to bring and prosecute civil action in Superior Court of Montgomery County in the name of the State of North Carolina captioned as first hereinabove set forth, to try and determine the right and title of the said Elwood C. Long to said office of Sheriff.

Plaintiffs appeal.

*Gerald R. Chandler for relators, appellants.*
*Charles H. Dorsett, David H. Armstrong for defendant, appellee.*

PER CURIAM. This is companion case to *Long v. Smitherman, ante,* 682 on appeal to Supreme Court, Fall Term 1959. The decision there is controlling here.

Hence under authority of decision here in that case, the judgment from which this appeal is taken is

Affirmed.